**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN LANGLEY,** | Case No. 2:10-CV-02961-JAM-KJN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 19th day of January, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 19th day of January, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Kendall J. Newman
United States District Court
Eastern District of California

Mark S. Tratten
Erickson Arbuthnot
100 Howe Ave., Suite 110
Sacramento CA 95825
Attorney for Defendant

This 19th day of January, 2011.

s/Todd M. Friedman
Todd M. Friedman