Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY, | Case No. **2:10-CV-02961-JAM-KJN** |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| MONARCH RECOVERY MANAGEMENT, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 14th day of March, 2011

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Nou Lee
    Ericksen, Arbuthnot
    Attorney for Defendant

Motion to Dismiss- 1

Filed electronically on this 14th day of March, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Nou Lee
Ericksen, Arbuthnot
100 Howe Avenue
Suite 110 South
Sacramento, CA 95825

This 14th day of March, 2011.

<u>s/Todd M. Friedman</u>
Todd M. Friedman