# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN LANGLEY,** | Case No. **2:10-CV-02961-JAM-KJN** |
| Plaintiff, | **ORDER** |
| vs. | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 14th day of March, 2011.


/s/ John A. Mendez_____
The Honorable John A. Mendez

Order to Dismiss - 1

PDF created with pdfFactory trial version www.pdffactory.com